AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
~~DISTRICT OF VERMONT~~
FILED

# UNITED STATES DISTRICT COURT

2025 JAN 30 PM 3: 48

for the

District of Vermont

CLERK

BY _____ AL ____
DEPUTY CLERK

| United States of America | )  |
|---|---|
| v. | ) |
|  | ) Case No.   2:25-mj-5  -1 |
| TERESA YOUNGBLUT | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Defendant* | |

RCVD U.S. MARSHALS VT
JAN 22 2025 PM04:24

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    TERESA YOUNGBLUT _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

On or about January 20, 2025, the defendant intentionally used a deadly weapon - a firearm - while forcibly assaulting, resisting, opposing, impeding, intimidating or interfering with federal law enforcement agents, in violation of (18 U.S.C. § 111(a) and (b)).
On or about January 20, 2025, the defendant used and dischared a firearm during and in relation to the assualt with a deadly weapon, in violation of (18 U.S.C. § 924(c)(1)(A)(iii)).

Date:   1/22/25

_____
*Issuing officer's signature*

City and state:   Burlington, VT

_____
Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*   1/22/25   , and the person was arrested on *(date)*   1/24/25 at *(city and state)*   Lebanon, NH   . |
| Date:   1/27/25 |

_____
*Arresting officer's signature*

Carl Skley  SD us m
*Printed name and title*