U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 FEB -6  PM 2: 17

BY _____ CLERK
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA    )
    )
v.    )   Case no. 2:25-cr-15-1
    )
TERESA YOUNGBLUT,    )
    Defendant.    )

## INDICTMENT

The Grand Jury charges:

### Count One

On or about January 20, 2025, in the District of Vermont, the defendant, TERESA YOUNGBLUT, used a deadly weapon—to wit: a firearm—while knowingly and forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with an officer and employee of the United States as designated in 18 U.S.C. § 1114—United States Border Patrol Agent D.C.M.—while he was engaged in and on account of his performance of official duties.

(18 U.S.C. §§ 111(a)(1) and 111(b))

<u>Count Two</u>

On or about January 20, 2025, in the District of Vermont, the defendant, TERESA YOUNGBLUT, knowingly carried, brandished, and discharged a firearm—to wit: a Glock model 23 .40-caliber pistol—during and relation to a crime of violence for which she may be prosecuted in a court of the United States—to wit: the forcible assault with a deadly weapon alleged in Count One.

(18 U.S.C. § 924(c)(1)(A)(iii))

Forfeiture Notice

1. The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference to allege forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c), the defendant, TERESA YOUNGBLUT, shall forfeit to the United States any firearm and ammunition involved in the commission of the offense. The property to be forfeited includes:

      a.  One Glock model 23 .40-caliber pistol seized from her person; and

      b.  Any live rounds of ammunition from the firearm's magazines.

(18 U.S.C. § 924(d); 28 U.S.C. § 2461(c))

A TRUE BILL

FOREPERSON

MICHAEL P. DRESCHER (MJL)
Acting United States Attorney
Burlington, Vermont
February 6, 2025

3