UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 MAR 27 PM 5:01

CLERK
BY **CDC**
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:25-cr-00015-1 |
| | ) |
| TERESA YOUNGBLUT, | ) **Filed Under Seal** |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Matthew J. Lasher, do hereby certify that on March 27, 2025, I filed the **RESPONSE OF THE UNITED STATES IN PARTIAL OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO PROHIBIT GOVERNMENT ACCESS TO DEFENDANT'S PRETRIAL DETENTION RECORDS AND MOTION TO SEAL** with the Clerk of the Court in person. A complete and accurate copy of the filing (including this certificate) was sent via email to the counsel for the defendant, Steven Barth, Esq, at steven.barth@fd.org.

Dated at Burlington, in the District of Vermont, March 27, 2025.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL P. DRESCHER
Acting United States Attorney

By: _____
Matthew J. Lasher
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
matthew.lasher@usdoj.gov