NOTICE OF HEARING

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

    v.                                                                   Case No. 2:25-cr-15-1

Teresa Youngblut

TAKE NOTICE that the above-entitled case has been scheduled at 01:00 p.m. on Tuesday, June 24, 2025 in Burlington, Vermont, before Honorable Christina Reiss, Chief District Judge, for a Discovery Conference.

Location: Courtroom 510                               JEFFREY S. EATON, Clerk
                                                                         By: */s/ Lescha Wilder*
                                                                         Deputy Clerk
                                                                         6/10/2025

TO:

Matthew J. Lasher, AUSA

Steven L. Barth, AFPD

Johanna Masse, Court Reporter