UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cr-00015-cr |
| | ) | |
| TERESA YOUNGBLUT, | ) | **Filed Under Seal** |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO CLOSE THE COURTROOM TO THE PUBLIC DURING THE UPCOMING HEARING TO BE HELD ON JUNE 24, 2025, TO SEAL THE TRANSCRIPT OF THAT HEARING, AND MOTION TO FILE UNDER SEAL**

NOW COMES Defendant, Teresa Youngblut, through counsel, Steven L. Barth, and the Office of the Federal Public Defender of Vermont, and respectfully requests that the Court issue an order closing the courtroom to the public for the upcoming hearing to be held on June 24, 2025, and to seal the transcript. Defendant Youngblut further requests that this motion and any subsequent order be filed under seal.

I.　　**Introduction.**

Teresa Youngblut previously moved the Court for a protective order prohibiting the government from accessing certain records generated by any facility at which they are held pretrial, including, but not limited to, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The Court granted the motion in part, denied it in part, and directed the parties to attempt to agree to a process for screening any records that are privileged or otherwise protected from government discovery. The parties failed to agree and, instead, filed competing screening proposals with the Court. The Court set the matter for a hearing to be held on June 24, 2025. Defendant Youngblut hereby moves this Court for an order closing the courtroom to the public during the hearing and sealing the transcript of that hearing.

## II.	Request to close the courtroom for the hearing and to seal the transcript.

At the upcoming hearing on June 24 at 1:00 pm, the Court will hear argument on the parties' competing proposals for how to review and screen out privileged materials that the parties agree are expected to be included in the defendant's pretrial detention records. On May 21, 2025, the government filed, under seal, a stipulated motion for a briefing schedule. In that motion, the parties requested the oral argument now scheduled for June 24. That motion was filed under seal and the parties agreed that all related subsequent filings would likewise be filed under seal. Finally, in that motion the parties noted that "[t]he defendant anticipates requesting the Courtroom be closed and the transcript be sealed for argument; the United States anticipates opposing the closure of the Courtroom."

The parties' pleadings have been filed under seal in order to protect the defendant's pre-trial location. They also have been filed under seal to protect against possible public disclosure of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Further, the defense noted in its initial motion to seal that the media coverage of this case has been so regular and widespread that reporting on such matters may tend to taint any future jury pool. For those reasons, the defense requests that the Court order the courtroom closed to the public for the upcoming hearing and the subsequent transcript sealed.

## III.	Motion to seal.

Finally, the defense requests that the Court seal this motion and any resulting order. This Court granted the defense's request to have its initial motion filed under seal. Every filing related to that motion, including the government's response, has been filed under seal. For the same reasons, the defendant moves this Court to seal this motion and any order that results from it.

## IV. Conclusion

For the reasons detailed above, Ms. Youngblut requests that the Court enter an order closing the courtroom to the public during the upcoming hearing to be held on June 24, 2025, to seal the transcript of that hearing, and to file this motion and any subsequent order under seal.

Dated: June 20, 2025

By: */s/ Steven L. Barth*
STEVEN L. BARTH
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Vermont
95 Pine Street, Suite 150
Burlington, Vermont 05401
Phone: (802) 862-6990
Email: Steven_Barth@fd.org
Counsel for Teresa Youngblut