UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:25-cr-00015-1 |
| ) | |
| TERESA YOUNGBLUT, ) | **Under Seal** |
| Defendant. ) | |

# ORDER

This matter having been presented to the Court by the United States of America, and the Court having considered said Motion, to protect the safety of the defendant and the privacy of information regarding her physical and mental health, it is hereby

ORDERED, that the Response of the United States in Opposition to Defendant's Motion to Close the Courtroom and Motion to Seal, this Order, and the associated docket sheet entries are hereby sealed until further Order of the Court.

Dated at Burlington, in the District of Vermont, this ____ day of June, 2025.

_____
HON. CHRISTINA REISS, CHIEF JUDGE
United States District Court
District of Vermont