UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:25-cr-00015-1 |
| ) | |
| TERESA YOUNGBLUT, ) | **Filed Under Seal** |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I, Matthew J. Lasher, Assistant United States Attorney, do hereby certify that on June 23, 2025, I filed the "Response of the United States in Opposition to Defendant's Motion to Close the Courtroom and Motion to Seal" with the Court by way of email to the sealed intake clerk at ███████@vtd.uscourts.gov. A complete and accurate copy of that filing was sent, at the same time, to counsel for the defendant, Steven L. Barth, Esq., at steven_barth@gd.org. I further certify that, on this date, this certificate will be sent to the sealed intake clerk and Assistant Federal Public Defender Barth at the same addresses listed above.

Dated at Burlington, in the District of Vermont, June 23, 2025.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL P. DRESCHER
Acting United States Attorney

By:  s/Matthew J. Lasher
Matthew J. Lasher
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725

1