UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>        v. )<br>           )<br>TERESA YOUNGBLUT, )<br>    Defendant. ) | Case No. 2:25-cr-00015-cr-1 |

NOTICE OF APPEARANCE

NOW COMES Julie Stelzig who hereby enters her appearance for the Office of the Federal Public Defender by and on behalf of the above-named defendant, Teresa Youngblut.

Dated:     June 24, 2025.

                              By:    */s/ Julie L.B. Stelzig*
                                       Julie L.B. Stelzig
                                       Assistant Federal Public Defender
                                       6411 Ivy Lane, Suite 710
                                       Greenbelt, MD 20770
                                       Phone: (301) 344-0600
                                       Fax: (301) 344-0019
                                       Email: Julie_stelzig@fd.org
                                       Counsel for Teresa Youngblut