UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:25-cr-00015-cr |
| ) | |
| TERESA YOUNGBLUT, ) | **Filed Under Seal** |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I, Steven L. Barth, do hereby certify that on June 20, 2025, I filed the "Defendant's Motion to Close the Courtroom to the Public During the Upcoming Hearing to be Held on June 24, 2025, to Seal the Transcript of that Hearing, and Motion to File Under Seal," with the Court by way of email to the sealed intake clerk at ▮▮▮▮@vtd.uscourts.gov. A complete and accurate copy of that filing was sent, at the same time, to counsel for the United States, Matthew Lasher, Esq., at Matthew.Lasher@usdoj.gov, Lisa Thelwell, Esq., at Lisa.Thelwell@usdoj.gov, and Dennis Robinson, Esq., at Dennis.Robinson@usdoj.gov. I further certify that, on this date, this certificate will be sent to the sealed intake clerk, AUSA Lasher, Attorney Thelwell and Attorney Robinson at the same addresses listed above.

Dated: June 23, 2025

By:    */s/ Steven L. Barth*
STEVEN L. BARTH
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Vermont
95 Pine Street, Suite 150
Burlington, Vermont 05401
Phone: (802) 862-6990
Email: Steven_Barth@fd.org
Counsel for Teresa Youngblut