EXHIBIT
**B**

DECLARATION OF MATTHEW RUBENSTEIN REGARDING PREPARATION TIME
BETWEEN CAPITAL INDICTMENT (OR NOTICE OF REVIEW OF PRIOR "NO SEEK")
AND MEETING WITH ATTORNEY GENERAL'S CAPITAL CASE REVIEW COMMITTEE

1.   I serve as the Director of the Capital Resource Counsel (CRC) project. The Capital Resource Counsel and the Federal Death Penalty Resource Counsel (FDPRC) projects comprise the Federal Capital Trial Project (or "Trial Project").[1] Established in early 1992, a core function of the Trial Project is to provide consultation, training, and assistance to counsel and courts to improve the quality of representation and the cost-effectiveness of defense services in federal capital prosecution cases.[2] I joined the Trial Project in 2010 as a Capital Resource Counsel and became the Director of the Capital Resource Counsel (CRC) project in 2015. The Trial Project is funded and administered by the Defender Services Office of the Administrative Office of the United States Courts.

---

[1] The Trial Project assigns a CRC or FDPRC attorney to work with the defense team in every federal capital eligible case as a "resource counsel." In their role as resource counsel, the CRC attorneys (full-time salaried federal defender staff) and FDPRC attorneys (part-time contractors) are not counsel of record; rather, they provide advice, assistance, and helpful information and resources to the defense team. In addition to their work as resource counsel, the CRC attorneys often serve as death-qualified "learned" counsel as part of their Project responsibilities; and the FDPRC attorneys are often appointed to serve as "learned" counsel as CJA counsel outside their role with the Project.

[2] The work of the Trial Project is described in a report prepared by the Subcommittee on Federal Death Penalty Cases, Committee on Defender Services, Judicial Conference of the United States, *Federal Death Penalty Cases: Recommendations Concerning the Cost and Quality of Defense Representation* (May 1998), at 28 – 30, http://www.uscourts.gov/sites/default/files/original_spencer_report.pdf [Perma.cc archive: https://perma.cc/SU25-GWMV]. The Subcommittee report "urges the judiciary and counsel to maximize the benefits of the Federal Death Penalty Resource Counsel Project . . . , which has become essential to the delivery of high quality, cost-effective representation in death penalty cases . . . ." *Id.* at 50.

An update to the Report states: "Many judges and defense counsel spoke with appreciation and admiration about the work of Resource Counsel. Judges emphasized their assistance in recruiting and recommending counsel for appointments and their availability to consult on matters relating to the defense, including case budgeting. Defense counsel found their knowledge, national perspective, and case-specific assistance invaluable." *Report to the Committee on Defender Services, Judicial Conference of the United States, Update on the Cost and Quality of Defense Representation in Federal Death Penalty Cases* (September 2010) at 63. https://www.uscourts.gov/sites/default/files/fdpc2010.pdf [Perma.cc archive: https://perma.cc/LPH6-K8QB].

2.    My responsibilities as the Director of the Capital Resource Counsel Project include the monitoring of all federal capital prosecutions throughout the United States to assist in the delivery of adequate defense services to indigent capital defendants in such cases. This effort includes overseeing the collection of data on the initiation and prosecution of federal capital cases.[3]

3.    Pursuant to my responsibilities with the Federal Capital Trial Project, I have compiled the information in Exhibit A regarding cases authorized for capital prosecution since 2010. This information includes the date of the capital eligible indictment and the date of the meeting with the Attorney General's Capital Case Review Committee (AGCRC meeting). The average number of months[4] between capital eligible indictment and the AGCRC meeting for defendants that do not involve a reconsideration of a previous government "no seek" decision (cases in which the Department of Justice during the Biden administration had previously decided not to pursue the death penalty) is 14.9 months.

4.    On February 5, 2025, Attorney General Bondi issued a directive ordering the review of all pending capital eligible cases in which the Department of Justice during the Biden administration had previously decided not to pursue the death penalty (cases in which the government previously filed a "no seek" notice). Using this date – when these defendants were notified that the government again considered them in jeopardy for a capital prosecution – as equivalent to the date of a capital eligible indictment, the average number of months between

---

[3] In order to carry out the duties entrusted to me, I rely on the data gathered by Kevin McNally who served as Resource Counsel with FDPRC since the inception of the Trial Project in January 1992, served as the Director of FDPRC between 2007 and 2018, and continued overseeing the collection of data on the initiation and prosecution of federal capital cases until 2024 when I took over this responsibility. This information is gathered from a variety of sources including PACER case dockets and case filings, transcripts, the Administrative Office of the United States Courts, Department of Justice press releases, Federal Defender offices and CJA counsel, and information gathered and received from Federal Capital Trial Project Resource Counsel. This information is regularly updated and checked for accuracy. The Project's information regarding federal capital prosecutions has been relied upon by the Administrative Office of the United States Courts, by the Federal Judicial Center and by various federal district courts.

[4] The average does not include those cases in which there is no known AGCRC meeting, cases in which the AGCRC meeting occurred before indictment, or cases in which the defendant died before indictment.

Attorney General Bondi's February 5, 2025, notice and the AGCRC meeting is 2.5 months.

I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. §1746, that the foregoing is true and correct. Executed June 24, 2025.

/s/  Matthew Rubenstein  
Matthew Rubenstein

Federal Capital Trial Project | Exhibit A | June 2025

| Defendant | Docket No. | Status | President (Auth) | Ind - Cap Counts | DOJ Mtg [SORT] | Months Ind to DOJ |
|---|---|---|---|---|---|---|
| Lopez, Enrique | N.D. TX No. 3:09-CR-00320-M | Guilty plea | (44th) Barack Obama | 2/18/2010 | Unkown | NA |
| Candelario-Santana, Alexis | D. PR No. 3:09-CR-00427-JAF | Life Sentence Reversed - Life Sentence | (44th) Barack Obama | 2/28/2011 | Unkown | NA |
| Briseno, Juan | N.D. IN No. 2:11-CR-00077-PPS-APR | Life sentence from jury | (44th) Barack Obama | 6/2/2011 | Unkown | NA |
| Williams, Connell C. | W.D. OK No. 5:11-CR-00298-F | Guilty plea at trial | (44th) Barack Obama | 9/7/2011 | Unkown | NA |
| Jimenez-Bencevi, Xavier | D. PR No. 3:12-CR-00221-JAF | Life sentence from jury | (44th) Barack Obama | 3/23/2012 | Unkown | NA |
| Roland, Farad | D. NJ No. 2:12-CR-00298-ES | Dismissal after notice by Judge | (44th) Barack Obama | 12/5/2012 | Unkown | NA |
| Con-ui, Jessie | M.D. PA No. 3:13-CR-00123-ARC | Life sentence from jury | (44th) Barack Obama | 6/25/2013 | Unkown | NA |
| Ciancia, Paul Anthony | C.D. CA No. 2:13-CR-00902-PSG | Guilty plea | (44th) Barack Obama | 12/17/2013 | Unkown | NA |
| Cramer, Christopher Emory | E.D. TX No. 1:16-CR-00026-MAC-ZJH | Death Sentence - Clemency | (44th) Barack Obama | 3/3/2016 | Unkown | NA |
| Fackrell, Ricky Allen | E.D. TX No. 1:16-CR-00026-MAC-ZJH | Death Sentence - Clemency | (44th) Barack Obama | 3/3/2016 | Unkown | NA |
| Cacace, Joel John | E.D. NY No. 1:08-CR-00240-NG | Authorization Withdrawn | (44th) Barack Obama | 7/8/2010 | 4/27/2009 | DOJ before Ind. |
| Andrews, Patrick | N.D. WV No. 1:12-CR-00100-IMK-JSK | Guilty plea | (44th) Barack Obama | 10/2/2012 | 8/2/2010 | DOJ before Ind. |
| Watland, Gary | D. CO No. 1:11-CR-00038-JLK | Guilty plea | (44th) Barack Obama | 1/25/2011 | 8/10/2010 | DOJ before Ind. |
| Santiago, Richard | D. CO No. 1:10-CR-00164-LTB | Guilty plea | (44th) Barack Obama | 3/24/2010 | 12/6/2010 | 8.4 |
| Merritt, Robert | E.D. PA No. 2:07-CR-00550-RBS | Acquittal | (44th) Barack Obama | 4/8/2009 | 12/17/2010 | 20.3 |
| Northington, Steven | E.D. PA No. 2:07-CR-00550-RBS | Life sentence from jury | (44th) Barack Obama | 4/8/2009 | 12/17/2010 | 20.3 |
| Savage, Kaboni | E.D. PA No. 2:07-CR-00550-RBS | Death Sentence - Clemency | (44th) Barack Obama | 4/8/2009 | 12/17/2010 | 20.3 |
| Coonce, Wesley Paul | W.D. MO No. 6:10-CR-03029-GAF | Death Sentence - Clemency | (44th) Barack Obama | 4/7/2010 | 4/14/2011 | 12.2 |
| Hall, Charles Michael | W.D. MO No. 6:10-CR-03029-GAF | Death Sentence - Clemency | (44th) Barack Obama | 4/7/2010 | 4/14/2011 | 12.2 |
| Millner, John Travis | E.D. KY No. 7:13-CR-00015-ART-REW | Guilty plea | (44th) Barack Obama | 9/6/2013 | 5/16/2011 | DOJ before Ind. |
| Pleau, Jason W. | D. RI No. 1:10-CR-00184-DLM | Guilty plea | (44th) Barack Obama | 12/14/2010 | 6/13/2011 | 6.0 |
| Stone, Samuel | E.D. CA No. 1:12-CR-00072-AWI-DLB | Guilty plea | (44th) Barack Obama | 3/22/2012 | 6/20/2011 | DOJ before Ind. |
| McCluskey, John Charles | D. NM No. 1:10-CR-02734-JCH | Life sentence from jury | (44th) Barack Obama | 9/29/2010 | 8/8/2011 | 10.3 |
| Taylor-Keller, Lorie Ann | W.D. VA No. 5:10-CR-00015-GEC-JGW | Guilty plea | (44th) Barack Obama | 5/20/2010 | 11/14/2011 | 17.8 |
| Torrez, Jorge Avila | E.D. VA No. 1:11-CR-00115-LO | Death Sentence - Clemency | (44th) Barack Obama | 5/26/2011 | 12/5/2011 | 6.3 |
| Jones, Ulysses | W.D. MO No. 6:10-CR-03090-DGK | Life sentence from jury | (44th) Barack Obama | 10/3/2012 | 2/12/2012 | DOJ before Ind. |
| Abrar, Shani Nurani | E.D. VA No. 2:11-CR-00034-RBS-DEM | Life sentence from jury | (44th) Barack Obama | 3/8/2011 | 2/21/2012 | 11.4 |
| Beyle, Abukar Osman | E.D. VA No. 2:11-CR-00034-RBS-DEM | Life sentence from jury | (44th) Barack Obama | 3/8/2011 | 2/21/2012 | 11.4 |
| Salad, Ahmed Muse | E.D. VA No. 2:11-CR-00034-RBS-DEM | Life sentence from jury | (44th) Barack Obama | 3/8/2011 | 2/21/2012 | 11.4 |
| Sanders, Thomas Steven | W.D. LA No. 1:10-CR-00351-DDD-JDK | Death Sentence - Clemency | (44th) Barack Obama | 11/18/2010 | 5/14/2012 | 17.9 |
| Duran-Gomez, Wilmar Rene | S.D. TX No. 4:10-CR-00459 | Dismissal after notice by Judge | (44th) Barack Obama | 7/1/2010 | 7/2/2012 | 24.0 |
| Montgomery, Chastain Sr. | W.D. TN No. 2:11-CR-20044-JPM | Guilty plea | (44th) Barack Obama | 2/24/2011 | 1/7/2013 | 22.4 |
| Tsarnaev, Dzhokhar | D. MA No. 1:13-CR-10200-GAO | Death Sentence - Death row - Appeal | (44th) Barack Obama | 6/27/2013 | 12/19/2013 | 5.7 |
| Ham, James Wayne | S.D. TX No. 4:13-CR-00363 | Authorization Withdrawn | (44th) Barack Obama | 6/13/2013 | 7/14/2014 | 13.0 |
| Aranda-Soto, Noe | S.D. TX No. 6:10-CR-00095 | Guilty plea | (44th) Barack Obama | 8/21/2014 | 1/26/2015 | 5.2 |
| Watts, James | S.D. IL No. 4:14-40063-JPG | Guilty plea | (44th) Barack Obama | 6/3/2014 | 3/10/2015 | 9.2 |
| Rogers, Andrew | S.D. IN No. 2:16-CR-00018-WTL-CMM | Guilty plea | (44th) Barack Obama | 5/17/2016 | 3/16/2015 | DOJ before Ind. |
| Rodriguez-Mendoza, Efrain | S.D. TX No. 4:10-CR-00459 | Authorization Withdrawn | (45th) Donald J. Trump | 7/1/2010 | 10/19/2015 | 63.6 |
| Roof, Dylann Storm | D. SC No. 2:15-CR-00472-RMG | Death Sentence - Death row - 2255 | (44th) Barack Obama | 7/22/2015 | 2/1/2016 | 6.3 |
| Ashley, Frederick James | None - C.D. CA | Killed or died after authorization | (45th) Donald J. Trump | Died before Ind | 6/26/2017 | NA |
| Siler, Morgan Wayne | D. AZ No. 4:23-CR-01300-SHR-MAA | Authorization Withdrawn | (45th) Donald J. Trump | 8/30/2023 | 9/18/2017 | DOJ before Ind. |
| Hammer, David Paul | None - D. AZ | Killed or died after authorization | (45th) Donald J. Trump | Died before Ind | 9/18/2017 | NA |
| Mills, Edwin | E.D. MI No. 2:16-CR-20460-MAG-RSW | Authorization Withdrawn | (45th) Donald J. Trump | 6/22/2016 | 9/25/2017 | 15.1 |
| Wilson, Carlo | E.D. MI No. 2:16-CR-20460-MAG-RSW | Authorization Withdrawn | (45th) Donald J. Trump | 6/22/2016 | 9/25/2017 | 15.1 |
| Cleveland, Kirby | D. NM No. 1:17-CR-00965-MCA | Authorization Withdrawn | (45th) Donald J. Trump | 4/12/2017 | 9/25/2017 | 5.4 |
| Madison, Jarvis Wayne | M.D. FL No. 6:17-CR-00015-RBD-KRS | Authorization Withdrawn | (45th) Donald J. Trump | 1/12/2017 | 10/2/2017 | 8.7 |
| Laurel, Ruben | N.D. WV No. 1:17-CR-00039-IMK-MJA | Authorization Withdrawn | (45th) Donald J. Trump | 5/1/2018 | 10/16/2017 | DOJ before Ind. |
| Owle, Michael | N.D. WV No. 1:17-CR-00039-IMK-MJA | Authorization Withdrawn | (45th) Donald J. Trump | 5/1/2018 | 10/16/2017 | DOJ before Ind. |
| Pedro-Vidal, Juan R. | D. PR No. 3:16-CR-00778-GAG | Authorization Withdrawn | (45th) Donald J. Trump | 12/14/2016 | 10/23/2017 | 10.3 |
| Arnold, Billy Darrell | E.D. MI No. 2:15-CR-20652-GCS-DRG | Authorization Withdrawn | (45th) Donald J. Trump | 2/17/2016 | 11/21/2017 | 21.1 |
| Christensen, Brendt A. | C.D. IL No. 2:17-CR-20037-CSB-EIL | Life sentence from jury | (45th) Donald J. Trump | 10/3/2017 | 12/4/2017 | 2.0 |
| Council, Brandon Michael | D. SC No. 4:17-CR-00866-CRI | Death Sentence - Clemency | (45th) Donald J. Trump | 9/20/2017 | 2/12/2018 | 4.7 |
| Smith, John Pearl | D. AK No. 3:16-CR-00086-SLG-DMS | Authorization Withdrawn | (45th) Donald J. Trump | 3/22/2017 | 4/4/2018 | 12.4 |
| Jordan, Anthony | E.D. MO No. 4:15-CR-00404-HEA-NAB | Authorization Withdrawn | (45th) Donald J. Trump | 8/26/2015 | 6/11/2018 | 33.5 |
| George, LilBear | E.D. LA No. 2:17-CR-00201-LMA-DEK | Authorization Withdrawn | (45th) Donald J. Trump | 11/2/2017 | 6/12/2018 | 7.3 |
| Johnson, Curtis Jr. | E.D. LA No. 2:17-CR-00201-LMA-DEK | Authorization Withdrawn | (45th) Donald J. Trump | 11/2/2017 | 6/12/2018 | 7.3 |
| Ofomata, Chukwudi | E.D. LA No. 2:17-CR-00201-LMA-DEK | Authorization Withdrawn | (45th) Donald J. Trump | 11/2/2017 | 6/12/2018 | 7.3 |
| Skates, Victor | N.D. CA No. 5:15-CR-00285-LHK | Authorization Withdrawn | (45th) Donald J. Trump | 10/28/2015 | 7/9/2018 | 32.4 |
| Saipov, Sayfullo Habibullaev | S.D. NY No. 1:17-CR-00722-VSB | Life sentence from jury | (45th) Donald J. Trump | 11/21/2017 | 7/23/2018 | 8.1 |
| Hardison, Brandon Durrell | M.D. TN No. 3:17-CR-00124 | Authorization Withdrawn | (45th) Donald J. Trump | 6/29/2017 | 8/27/2018 | 13.9 |
| Brown, Ronald Donell | S.D. TX No. 4:17-CR-00567 | Authorization Withdrawn | (45th) Donald J. Trump | 9/21/2017 | 9/10/2018 | 11.6 |
| Hutchinson, Antwan | S.D. OH No. 2:17-CR-00077-MHW | Guilty plea | (45th) Donald J. Trump | 4/25/2017 | 12/10/2018 | 19.5 |
| Tartaglione, Nicholas | S.D. NY No. 7:16-CR-00832-KMK | Authorization Withdrawn | (45th) Donald J. Trump | 12/19/2016 | 12/17/2018 | 23.9 |
| Burkhalter, Shawn | W.D. MO No. 4:18-CR-00036-BCW | Authorization Withdrawn | (45th) Donald J. Trump | 2/21/2018 | 1/14/2019 | 10.8 |
| Nesbitt, Joshua | W.D. MO No. 4:18-CR-00036-BCW | Authorization Withdrawn | (45th) Donald J. Trump | 2/21/2018 | 1/14/2019 | 10.8 |
| Wood, Jr., William D. | N.D. NY No. 5:19-CR-00058-TJM-1 | Authorization Withdrawn | (45th) Donald J. Trump | 2/14/2019 | 3/11/2019 | 0.9 |
| Wiggins, Steven Joshua | M.D. TN No. 3:19-CR-00194 | Authorization Withdrawn | (45th) Donald J. Trump | 8/7/2019 | 4/22/2019 | DOJ before Ind. |
| Rebolledo, Michael Manuel | N.D. CA No. 3:18-CR-00119-RS | Authorization Withdrawn | (45th) Donald J. Trump | 3/20/2018 | 5/13/2019 | 13.8 |
| Bowers, Robert | W.D. PA No. 2:18-CR-00292-DWA | Death Sentence - Death row - Appeal | (45th) Donald J. Trump | 10/31/2018 | 7/22/2019 | 8.7 |
| Zelaya Martinez, Elmer | E.D. VA No. 1:18-CR-00123-TSE | Authorization Withdrawn | (45th) Donald J. Trump | 5/22/2018 | 10/21/2019 | 17.0 |
| Nantz, Daniel S. | E.D. KY No. 6:19-CR-00016-REW-HAI | Authorization Withdrawn | (45th) Donald J. Trump | 7/24/2019 | 1/27/2020 | 6.1 |
| Schlesinger, Ryan Phillip | D. AZ No. 4:18-CR-02719-RCC-BGM | Authorization Withdrawn | (45th) Donald J. Trump | 12/27/2018 | 3/16/2020 | 14.6 |
| Saenz, Alexi | E.D. NY No. 2:16-CR-00403-JFB | Authorization Withdrawn | (45th) Donald J. Trump | 3/2/2017 | 4/6/2020 | 37.1 |

Federal Capital Trial Project                                   Exhibit A                                                   June 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Silva, Samuel | W.D. VA No. 2:20-CR-00017-JPJ-PMS | Authorization Withdrawn | (45th) Donald J. Trump | 11/12/2020 | 6/15/2020 | DOJ before Ind. |
| Saenz, Jairo | E.D. NY No. 2:16-CR-00403-JFB | Authorization Withdrawn | (45th) Donald J. Trump | 3/2/2017 | 9/14/2020 | 42.4 |
| Silvers, Victor Everette | W.D. KY No. 5:18-CR-00050-TBR | Authorization Withdrawn | (45th) Donald J. Trump | 11/13/2018 | 12/14/2020 | 25.0 |
| Gendron, Payton | W.D. NY No. 1:22-CR-00109-LJV-HKS | Pending trial | (46th) Joseph Biden | 7/14/2022 | 9/18/2023 | 14.1 |
| Petty, Ishmael | D. CO No. 1:25-CR-00123-DDD-1 | Pending trial | (47th) Donald J. Trump | 4/8/2025 | 1/22/2024 | DOJ before Ind. |
| Reed, Jasper | W.D. OK No. 5:25-CR-00156-SLP | Pending trial | (47th) Donald J. Trump | 5/6/2025 | 12/16/2024 | DOJ before Ind. |
| Mangione, Luigi Nicholas | S.D. NY No. 1:25-CR-00176-MMG | Pending trial | (47th) Donald J. Trump | 4/17/2025 | 1/13/2025 | DOJ before Ind. |
| McBean, Dajahn | S.D. NY No. 1:24-CR-00541-PAE | Pending trial | (47th) Donald J. Trump | 10/17/2024 | 3/24/2025 | 5.2 |
| | | | | 81 Defendants (54 w data) | | Average 14.9 |
| | | | | | | |
| Spurlock, Cory | D. NV No. 3:23-CR-00022-ART-CLB | Dismissal after notice by Judge | (47th) Donald J. Trump | 2/5/2025 | 3/10/2025 | 1.2 |
| Constanza-Galdomez, Wilso | D. MD No. 1:22-CR-00409-SAG | Dismissal after notice by Judge | (47th) Donald J. Trump | 2/5/2025 | 4/23/2025 | 2.6 |
| Valenzuela-Rodriguez, Edis | D. MD No. 1:22-CR-00409-SAG | Dismissal after notice by Judge | (47th) Donald J. Trump | 2/5/2025 | 4/23/2025 | 2.6 |
| Pesquera-Puerto, Jonathan | D. MD No. 1:22-CR-00409-SAG | Dismissal after notice by Judge | (47th) Donald J. Trump | 2/5/2025 | 4/23/2025 | 2.6 |
| Dangleben, Jr., Richardson | D. VI No. 3:23-CR-00072-RAM-RM | Pending trial | (47th) Donald J. Trump | 2/5/2025 | 4/28/2025 | 2.8 |
| Merrell, Monroe | N.D. WV No. 3:20-CR-00046-GMG-RWT | Pending trial | (47th) Donald J. Trump | 2/5/2025 | 5/12/2025 | 3.2 |
| | | | | 6 Defendants | | Average 2.5 |