UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:25-cr-00015-cr-1 |
| ) | |
| TERESA YOUNGBLUT, ) | |
| Defendant. ) | |

**JOINT MOTION TO EXTEND DEADLINE FOR FILING
PROPOSED SCREENING PROTOCOL**

NOW COMES Defendant, Teresa Youngblut, through counsel, and respectfully requests that the Court briefly extend the deadline to submit a screening protocol for review of defendant's pretrial detention. The government joins in this motion. The reasons for this request are set forth below:

**I.      Background.**

On February 6, 2025, the defendant was indicted on one count of use of a deadly weapon against an officer or employee of the United States in violation of 18 U.S.C. §§ 111(a)(1) and 111(b), and one count of discharging a firearm during a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(iii). The arraignment was held on February 7, 2025.  The defendant was detained and has remained in custody since their arrest on January 20, 2025.

After a discovery hearing on June 24, 2024, the Court directed the parties to meet and confer regarding proposed protocols for the Court to use when reviewing pretrial detention records for potentially privileged or protected materials. ECF No. 78.  The Court directed the parties to submit any joint protocol within 14 days, making the submission due by today, July 8, 2025.

## II. Bases for the Request.

Since the discovery hearing, the parties have exchanged draft protocols and have been engaged in productive discussions regarding differences between the respective protocols. The parties would benefit from a few additional days to continue conferring in the hope of reaching a joint protocol, or at least substantially reduce any areas of disagreement.

The defendant therefore requests that the court extend the current deadline to submit a joint screening protocol by three days, until July 11, 2025.

The government, through Trial Attorney Dennis Robinson, joins this request for additional time.

WHEREFORE, the defendant respectfully requests that the Court grant the Defendant's Joint Motion to Extend Deadline for Filing Proposed Screening Protocol to July 11, 2025.

A proposed order is attached.

Dated: July 8, 2025

By:    /s/ Steven L. Barth
STEVEN L. BARTH
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Vermont
95 Pine Street, Suite 150
Burlington, Vermont 05401
Phone: (802) 862-6990
Email: Steven_Barth@fd.org

/s/ Julie L.B. Stelzig
JULIE L.B. STELZIG
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
(301) 344-0600
Email: julie_stelzig@fd.org
Counsel for Teresa Youngblut