UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

**2025 JUL 10  AM 7: 34**

CLERK

BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cr-00015-cr-1 |
| | ) | |
| TERESA YOUNGBLUT, | ) | |
| Defendant. | ) | |

## ORDER

On July 8, 2025, Defendant Teresa Youngblut moved to continue the filing date for the

proposed screening protocol, as directed by this Court at the discovery hearing on June 24, 2025.

That submission is currently due July 8, 2025. The government joined in this request.

Counsel notes that a few additional days are needed for the parties to continue conferring

regarding the proposed protocol and have requested an extension to July 11, 2025.

Upon consideration of this motion, the Court find good cause for the requested extension.

Accordingly, Defendant's Motion is GRANTED. Any proposed screening protocol shall

be filed by July 11, 2025.

Dated at Burlington, Vermont this ___9th___ day of ___July___, 2025.

_____
Hon. Christina Reiss
United States District Court Chief Judge