UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:25-cr-00015-cr-1 |
| | ) |
| TERESA YOUNGBLUT, | ) |
| Defendant. | ) |

**PROPOSED ORDER**

Upon consideration of the Defendant's Motion for Extension of Time to the Deadline to Present Mitigating and Other Evidence to the Attorney General's Capital Case Review Committee (ECF No. 80), the Court hereby GRANTS the Motion.

The Court sets the following schedule for the defendant's submission of mitigating and other evidence to the Attorney General's Capital Case Review Committee in advance of any decision by the Attorney General of the United States regarding whether or not to seek the death penalty against the Defendant Teresa Youngblut in this case:

1. The government may set the date for the parties' presentation to the Capital Case Review Committee, provided that under no circumstances shall the presentation occur before January 28, 2026.

2. One week in advance of the scheduled meeting with the Attorney General's Capital Case Review Committee, counsel for the Defendant shall submit to the Capital Case Review Committee any written submission and other materials for the Committee to review in advance of the scheduled meeting.

_____, 2025

_____
Hon. Christina Reiss
Chief United States District Judge