UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:25-cr-00015-cr-1 |
| ) | |
| TERESA YOUNGBLUT, ) | |
| Defendant. ) | |

## PROPOSED ORDER

Upon consideration of the Defendant's Motion for Reconsideration of this Court's Order denying Defendant's Motion for Extension of Time to the Deadline to Present Mitigating and Other Evidence to the Attorney General's Capital Case Review Committee (ECF No. 80), the Court hereby GRANTS the Motion.

_____, 2025

_____
Hon. Christina Reiss
Chief United States District Judge