```
                                                          U.S. DISTRICT COURT
                                                          DISTRICT OF VERMONT
                                                                 FILED
            UNITED STATES DISTRICT COURT                  2025 AUG -5 PM 12: 37
                     FOR THE
               DISTRICT OF VERMONT                               CLERK
                                                          BY_____(hw)_____
                                                              DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:25-cr-00015-cr-1 |
| ) | |
| TERESA YOUNGBLUT, ) | |
| Defendant. ) | |

## ORDER

On August 5, 2025, Defendant Teresa Youngblut moved to continue the filing date for pretrial motions for at least ninety (90) days and to exclude that time under the Speedy Trial Act. Pretrial motions are due August 7, 2025.

Counsel notes that additional time is needed to receive and review forthcoming discovery, review newly anticipated discovery with the defendant, conduct any necessary investigation and conduct negotiations with the government. Counsel also notes that the government has informed the defense that it is actively exploring additional charges.

Additional time for counsel and the defendant to review the new discovery and, potentially, any new charges, and review and discuss the case, conduct any necessary investigation and conduct negotiations with the government, will inform defense counsel's strategic decision-making about the case, will inform counsel's evaluation of potential pretrial motions and will inform counsel's negotiations with the government. The defense asserts that these factors all support a continuance under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

The government, through Lisa Thelwell, a DOJ Trial Attorney on the case, does not have an objection to this motion.

The Court, having considered this application, finds that the failure to grant the requested extension would unreasonably deny the defendant the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Finally, the Court finds that the additional time granted will be, and is, excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the Defendant's Motion is GRANTED. Pretrial motions are to be filed by _November 5_, 2025.

Dated at Burlington, Vermont this _5th_ day of _August_, 2025.

_____
Hon. Christina Reiss
United States District Court Chief Judge