REVISED NOTICE OF HEARING

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

*Same date/time*
United States of America

      v.                                         Case No. 2:25-cr-15-1

Teresa Youngblut


TAKE NOTICE that the above-entitled case has been scheduled at 03:30 p.m. on Friday, September 05, 2025 in Burlington, Vermont, before Honorable Christina Reiss, Chief District Judge, for an Arraignment on Superseding Indictment and a Status Conference regarding pre-trial records.


Location: Courtroom 510                               JEFFREY S. EATON, Clerk
  *revised to include Arraignment*             By: */s/ Lescha Wilder*
                                                                       Deputy Clerk
                                                                       8/18/2025


TO:

Matthew J. Lasher, AUSA
Dennis E. Robinson, Esq.
Lisa M. Thelwell, Esq.

Steven L. Barth, AFPD
Christine Lehmann, Esq.
Julie L.B. Stelzig, Esq.

Johanna Masse, Court Reporter