UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cr-00015-1 |
| | ) | |
| TERESA YOUNGBLUT, | ) | |
| Defendant. | ) | |

**PROPOSED PROTOCOL FOR
COURT OR SPECIAL MASTER REVIEW OF
DEFENDANT'S PRETRIAL DETENTION RECORDS**

NOW COMES the United States of America, by and through its attorney, Michael P.

Drescher, Acting United States Attorney for the District of Vermont, and moves this Honorable

Court to order the effectuation of the proposed protocol for assessing any privilege applicable to the

detention records of defendant Teresa Youngblut.

Following a hearing held by this Honorable Court on September 5, 2025, and upon order of

the Court, the government and defense conferred on language for the proposed protocol. The

attached proposed order reflects the product of the parties' discussions and encompasses the Court's

order from September 5, 2025 (ECF 104).

Dated at Burlington, in the District of Vermont, September 12, 2025.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL P. DRESCHER
Acting United States Attorney

By:  _____
Dennis E. Robinson
Maryland Bar No. 1406170247
Trial Attorney
Violent Crime & Racketeering Section
United States Department of Justice