UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,   )
                            )
v.                          )   Case No. 2:25-cr-00015-cr-1
                            )
TERESA YOUNGBLUT,           )
   Defendant.               )

### ORDER

On September 26, 2025, Defendant Teresa Youngblut moved to continue the pretrial deadlines for the filing of pretrial motions and providing written notices under Rules 12.1, 12.2, and 12.3 for at least ninety (90) from the current deadline for filing pretrial motions, and to exclude that time under the Speedy Trial Act. Pretrial motions were due November 5, 2025.

Counsel notes that the Superseding Indictment and the Government's Notice of its Intention to Seek the Death Penalty have added additional charges, including charges that carry the potential for a sentence of death. Counsel also notes that the addition of capital charges is expected to expand the scope and complexity of various aspects of the case.

Additional time for counsel and the defendant to review the new charges, request and review new discovery, review and discuss the case, conduct any necessary investigation and conduct negotiations with the government, all of which will inform defense counsel's strategic decision-making about the case and evaluation of potential pretrial motions. The defense asserts that these factors all support a continuance under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

The government, through Assistant United States Attorney Matthew Lasher, does not have an objection to this motion.

The Court, having considered this application, finds that the failure to grant the requested extension would unreasonably deny the defendant the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Finally, the Court finds that the additional time granted will be, and is, excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the Defendant's Motion is GRANTED. The pretrial deadline for the filing of pretrial motions, as well as providing written notices under Rules 12.1, 12.2, and 12.3 are hereby continued as follows:

Deadline for filing pretrial motions: __February 5__, 2026.

Deadline for written notices under Rules 12.1, 12.2, and 12.3: __February 5__, 2026.

Dated at Burlington, Vermont this __29th__ day of __September__, 2025.

_____
Hon. Christina Reiss
United States District Court Chief Judge