UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 OCT -3 PM 1: 22

CLERK

BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          Case No. 2:25-cr-15
                                  )
TERESA YOUNGBLUT,                 )
          Defendant.              )

## ENTRY ORDER

In accordance with the September 15, 2025 Discovery Protocol Order (Doc. 106), the court hereby authorizes Joshua Williamson, Information Systems Manager for the District of Vermont, to access the court's secure email inbox, VTD_Review@vtd.uscourts.gov, for the sole purpose of determining whether the parties or a detention facility have sent emails and attachments regarding Defendant Teresa Youngblut's pretrial detention records. Mr. Williamson's authorization to access the secure email inbox shall not include viewing the contents of those emails or attachments. SO ORDERED.

Dated at Burlington, in the District of Vermont, this _3rd_ day of October, 2025.

Christina Reiss, Chief Judge
United States District Court