UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:25-cr-00015-cr-1 |
| ) | |
| TERESA YOUNGBLUT, ) | |
| Defendant. ) | |

**PROPOSED ORDER**

On February 4, 2026, the parties jointly moved to extend the period of time excluded under computation of the Speedy Trial Act by one hundred and eighty (180) days and to suspend the pretrial deadlines for the filing of pretrial motions and providing written notices under Rules 12.1, 12.2, and 12.3. Pretrial motions are/were due February 5, 2026.

The parties note that the Superseding Indictment and the Government's Notice of its Intention to Seek the Death Penalty have expanded the scope and complexity of the case. They note that courts have recognized that death-penalty mitigation investigations often include examining a defendant's medical history, educational history, employment and training history, family and social history, prior adult and juvenile correctional experience, and religious and cultural influences. The parties also note that the discovery in this case is both voluminous and ongoing and will include material related to investigations into other individuals in multiple jurisdictions.

The parties submit that additional time is required to prepare due to the complex nature of this capital case and the volume of discovery that will be produced. The parties assert that these factors all support a continuance under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii).

The Court, having considered this application, finds that under these circumstances it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial

itself within the time limits established by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii).

The Court further finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Finally, the Court finds that the additional time granted will be, and is, excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the Defendant's Motion is GRANTED. One hundred and eighty days are excluded from computation under the Speedy Trial Act. The pretrial deadline for the filing of pretrial motions, as well as providing written notices under Rules 12.1, 12.2, and 12.3 are hereby suspended.

Dated at Burlington, Vermont this _____ day of _____, 2026.

_____
Hon. Christina Reiss
United States District Court Chief Judge