UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cr-00015-cr-1 |
| | ) | **CAPITAL CASE** |
| TERESA YOUNGBLUT, | ) | |
| Defendant. | ) | |

**Joint Notice to the Court**

The parties jointly notice the Court that a deadline for pretrial motions and notices pursuant to Rules 12.1, 12.2, and 12.3 should not be reimposed at this time.

On February 5, 2026, the parties jointly moved the Court to exclude time under the Speedy Trial Act by one hundred and eighty (180) days and to suspend the pretrial deadlines for the filing of pretrial motions and providing written notices pursuant to Rules 12.1, 12.2, and 12.3 (the "Joint Motion"). ECF 113. The parties noted for the Court that the Superseding Indictment and the Government's Notice of its Intention to Seek the Death Penalty had expanded the scope and complexity of the case, and that the discovery in this case is both voluminous and ongoing and will include material related to investigations into other individuals in multiple jurisdictions.

On February 6, 2026, this Court granted the joint motion and suspended the aforementioned deadlines and excluded 180 days from computation under the Speedy Trial Act. The Court also ordered the parties to "advise the court no later than May 1, 2026[,] whether a deadline should be re-imposed for pretrial motions and whether the court should set deadlines for the above-referenced notices." ECF 114.

The circumstances described in the Joint Motion still apply. The case is complex in its

1

nature and scope. The discovery is voluminous and the process is active and ongoing. For those reasons, and after consultation, the parties agree that the Court should not reimpose deadlines for pretrial motions and notices pursuant to Rules 12.1, 12.2, and 12.3 at this time.

Dated: May 1, 2026

Respectfully submitted,

By:   */s/ Steven L. Barth*
      STEVEN L. BARTH
      Assistant Federal Public Defender
      Office of the Federal Public Defender
      District of Vermont
      95 Pine Street, Suite 150
      Burlington, VT 05401
      Phone: (802) 862-6990
      Email: steven_barth@fd.org

      Julie L.B. Stelzig
      Assistant Federal Public Defender
      6411 Ivy Lane, Suite 710
      Greenbelt, MD 20770
      Phone: (301) 344-0600
      Email: julie_stelzig@fd.org

      Rebekka Higgs
      Law Office of Rebekka Higgs LLC
      PO Box 134
      Conifer, CO 80433
      Phone: (303) 625-4066
      Email: rh@higgs-law.com

      Counsel for Youngblut

      UNITED STATES OF AMERICA
      JONATHAN A. OPHARDT
      First Assistant United States
      Attorney

2

By:/s/Matthew J. Lasher
Matthew J. Lasher
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
matthew.lasher@usdoj.gov