DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUN 24 P 1:03

CLERK

BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,       )
                                )
        v.                      )        Case No. 2:25-cr-15-1-cr
                                )
TERESA YOUNGBLUT,               )
        Defendant.              )

**ORDER GRANTING ADMISSION OF ATTORNEY REBEKKA HIGGS
TO PRACTICE BEFORE THIS COURT**

THE COURT has considered the Motion for Admission of Attorney Rebekka Higgs and the supporting affidavit and required Certificates of Good Standing, and as a result the motion is GRANTED. It is ordered as follows:

1. Attorney Rebekka Higgs, Colorado Bar Number 39511 and California Bar Number 179476, shall be admitted to practice in this Court pursuant to Local Rule 83.1 (b) for the purposes of representing Teresa Youngblut in the above-captioned matter.

2. Based on the Court's acceptance of the motion for admission and supporting papers, attorney Higgs will be authorized to file pleadings under her own name and may otherwise represent the interests of Teresa Youngblut and the defense in this case.

3. This Order shall remain in effect until further order of this Court.

Dated at Burlington, the District of Vermont, this 23rd day of June, 2026.

Hon. Christina Reiss
Chief United States District Judge

5