## Steven Barth

| | |
|---|---|
| **From:** | Lasher, Matthew (USAVT) ███████████████ |
| **Sent:** | Friday, February 14, 2025 7:00 PM |
| **To:** | Steven Barth |
| **Subject:** | Re: Youngblut: Evidence Preservation Request |

Steve,

I will reply more formally later, but I think we will have preserved all items as requested based on my initial review of the list. The only items I have authorized the disposal of are Border Patrol Agent Whipple's uniform components. He was not injured in the incident, and his uniform was blood-soiled from rendering aid, so it was a HazMat concern. His service weapon and equipment are preserved.

—Matt

---

**From:** Steven Barth ███████████████
**Sent:** Friday, February 14, 2025 5:54:36 PM
**To:** Lasher, Matthew (USAVT) ███████████████
**Subject:** [EXTERNAL] Youngblut: Evidence Preservation Request

Hi Matt,
Hope you are doing well and enjoying the start of your long weekend.  Please find attached a letter requesting preservation of evidence related to the Youngblut case.  Please let me know if you have any questions.
Best regards,
Steve

*Steven L. Barth*

Assistant Federal Defender
Office of the Federal Public Defender
District of Vermont
95 Pine Street|Suite 150
Burlington, VT 05401
P: 802-862-6990
F: 802-862-7836
https://vt.fd.org/

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressees named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply email. Thank you for your cooperation.