UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          Case No. 2:25-cr-00015-1
                                  )
TERESA YOUNGBLUT,                 )
        Defendant.                )

**UNOPPOSED MOTION OF THE UNITED STATES TO EXTEND TIME
TO RESPOND TO DEFENDANT'S MOTION FOR PRESERVATION**

The United States of America, through counsel, and moves for an extension of time in which to respond to the above-named defendant's Motion for Preservation of Law Enforcement Communications, Recordings, Photographs, and Other Information filed on July 1, 2026 (Doc. 132). Pursuant to Local Rule 7(3)(B), a response to the motion would presently be due on July 15, 2026. The United States seeks to extend the time to respond by fourteen days, making a response due on July 29, 2026. Counsel for the United States consulted with Steven L. Barth, Esq., counsel for the defendant, and the defendant does not object to the relief sought herein.

Dated at Burlington, in the District of Vermont, July 14, 2026.

Respectfully submitted,

UNITED STATES OF AMERICA

JONATHAN A. OPHARDT
First Assistant U.S. Attorney

By:    /s/Matthew J. Lasher
       MATTHEW J. LASHER
       Assistant U.S. Attorney
       P.O. Box 570
       Burlington, VT 05402-0570
       (802) 951-6725
       matthew.lasher@usdoj.gov

1