NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

     v.                                Case No. 2:25-cr-15-1

Teresa Youngblut


TAKE NOTICE that the above-entitled case has been scheduled at 03:00 p.m. on Monday, September 28, 2026 in Burlington, Vermont, before Honorable Christina Reiss, Chief District Judge, for a Status Conference and Hearing on Motion for Preservation of Law Enforcement Communications, Recordings, Photographs, and Other Information (Doc. 132).


Location: Courtroom 510                              JEFFREY S. EATON, Clerk
                                                By: */s/ Lescha Wilder*
                                                  Deputy Clerk
                                                  7/27/2026


TO:

Matthew J. Lasher, AUSA
Dennis E. Robinson, Esq.
Lisa M. Thelwell, Esq.

Alejandro B. Fernandez, FPD
Steven L. Barth, AFPD
Rebekka Higgs, Esq.
Julie L.B. Stelzig, Esq.

Johanna Masse, Court Reporter