UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,          )
                                   )
            v.                     )          Case No. 2:25-cr-00015-cr-1
                                   )
TERESA YOUNGBLUT,                  )          **Capital Case**
            Defendant.             )

**Unopposed Motion to File Unredacted Exhibits A, B, C, and D to ECF No. 140 Under Seal**

Defendant Youngblut, pursuant to the Fifth, Sixth, and Eighth Amendments to the United States Constitution and the Federal Rules of Criminal Procedure, respectfully requests that the Court grant this Motion to File Unredacted Exhibits A, B, C, and D to ECF No. 140 under seal.[1]

## I.    Introduction and background.

On August 4, 2026, Defendant Youngblut filed the Motion to Reconsider II. Attached to that motion were four exhibits: A, B, C, and D [ECF Nos. 140-1, 140-2, 140-3, 140-4]. The exhibits were redacted to prevent disclosure of email addresses, the link referenced in the Motion to Reconsider II, and the identities of those sending and receiving the emails. Defendant Youngblut now seeks to file with the Court, under seal, the same exhibits without redaction.

## II.    Motion to seal.

Counsel redacted the email addresses because such work addresses are not material to disposition of the motion. Moreover, disclosure of such addresses might subject those

---

[1] ECF No. 140 shall hereafter be referred to as the "Motion to Reconsider II."

1

individuals to unwanted correspondence. For the same reasons, counsel redacted the identities of those sending and receiving the emails. Finally, counsel redacted the link referenced in the Motion to Reconsider II. That link is not material to this Court's disposition of the Motion to Reconsider II. Moreover, it provides access to confidential correspondence and material related to the case.

Counsel has corresponded with the government via AUSA Matt Lasher who indicates he does not oppose this motion.

### III.    Conclusion.

For the reasons stated above, Defendant Youngblut seeks the filing of the unredacted versions of documents 140-1, 140-2, 140-3, and 140-4 under seal.

Dated: August 4, 2026

Respectfully submitted,

By:    */s/ Steven L. Barth*
STEVEN L. BARTH
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Vermont
95 Pine Street, Suite 150
Burlington, VT 05401
Phone: (802) 862-6990
Email: steven_barth@fd.org

Rebekka Higgs
Law Office of Rebekka Higgs, LLC
P.O. Box 134
Conifer, CO 80433
Phone: (303) 489-8505
Email: rh@higgs-law.com

Julie L.B. Stelzig
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Phone: (301) 344-0600
Email: julie_stelzig@fd.org

Counsel for Defendant Youngblut