UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cr-00015-cr-1 |
| | ) | |
| TERESA YOUNGBLUT, | ) | **Capital Case** |
| Defendant. | ) | |

**[Proposed] Order Granting Unopposed Motion to File Unredacted Exhibits A, B, C, and D to ECF No. 140 Under Seal**

On August 4, 2026, Defendant Youngblut filed the Motion to Reconsider II [ECF No. 140]. Attached to that motion were four exhibits: A, B, C, and D [ECF Nos. 140-1, 140-2, 140-3, 140-4]. The exhibits were redacted to prevent disclosure of email addresses, the link referenced in the Motion to Reconsider II, and the identities of those sending and receiving the emails. Thereafter, on August 4, 2026, Defendant Youngblut filed a Motion to File Unredacted Exhibits A, B, C, and D to ECF 140 Under Seal.

Counsel notes that he redacted the email addresses because such work addresses are not material to disposition of the Motion to Reconsider II. Moreover, disclosure of such addresses might subject those individuals to unwanted correspondence. For the same reasons, counsel redacted the identities of those sending and receiving the emails. Finally, counsel redacted the link referenced in the Motion to Reconsider II because that link is not material to this Court's disposition of the Motion to Reconsider II. Finally, counsel noted that the link provides access to confidential correspondence and material related to the case.

For the reasons stated in the Defendant's Motion to File Unredacted Exhibits A, B, C, and D to ECF No. 140 Under seal, this Court finds good cause to seal the unredacted

1

2

exhibits. Accordingly, the Defendant's Motion is GRANTED. The unredacted versions of

Exhibits A, B, C, and D [ECF Nos. 140-1, 140-2, 140-3, and 140-4] will be filed under seal.

Dated at Burlington, Vermont this _____ day of _____, 2026.

_____
Hon. Christina Reiss
United States District Court Chief Judge