NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

United States of America

v. Case No. 2:25-cr-15-1

Teresa Youngblut

TAKE NOTICE that the above-entitled case has been scheduled at 01:30 p.m. on Monday, November 23, 2026 in Burlington, Vermont, before Honorable Christina Reiss, Chief District Judge, for a Status Conference.

Location: Courtroom 510

JEFFREY S. EATON, Clerk
By: /s/ Lescha Wilder
Deputy Clerk
9/29/2026

TO:

Matthew J. Lasher, AUSA
Dennis E. Robinson, Esq.
Lisa M. Thelwell, Esq.
Barry K. Disney, Esq.

Alejandro B. Fernandez, FPD
Steven L. Barth, AFPD
Rebekka Higgs, Esq.
Julie L.B. Stelzig, Esq.

Johanna Masse, Court Reporter