**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF VERMONT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | Case No. 2:25-cr-00015-1 |
| | ) | |
| **TERESA YOUNGBLUT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO WITHDRAW PREVIOUS FILING FOR DESIGNATION OF MATTER AS A COMPLEX CASE**

The United States of America respectfully moves to withdraw the Motion for Designation of Matter as a Complex Case it filed on October 2, 2026 (Doc. 152). The Court has not ruled on that motion, and the United States will be filing a similar but updated motion regarding the subject matter concurrent with this motion to withdraw the previous motion.

WHEREFORE, the United States of America respectfully requests that this Court order the previous Motion for Designation of Matter as a Complex Case (Doc. 152) be shown as withdrawn.

Respectfully submitted,

UNITED STATES OF AMERICA

JONATHAN A. OPHARDT
First Assistant United States Attorney

By: ______________________
Dennis Robinson
Maryland Bar No. 1406170247
Trial Attorney
Violent Crime & Racketeering Section
United States Department of Justice
1301 New York Ave, NW, Suite 700
Washington, DC 20530
(202) 262-7597