U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 OCT 14 A 11:43

CLERK

BY ____________
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | Case No. 2:25-cr-00015-1 |
| | ) | |
| **TERESA YOUNGBLUT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**Order**

Before the Court is the Government's Motion to Declare Case Complex ("Motion"). ECF 154. Upon review, the Motion is GRANTED. Defendant has consented to the designation and exclusion of time by not interposing an objection. (Doc. 154 at 3.)

IT IS SO ORDERED this 14th day of October, 2026.

____________________
CHRISTINA REISS
Chief Judge
United States District Court
for the District of Vermont