U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 OCT 19 P 4:17

CLERK
BY ______
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cr-00015-cr-1 |
| | ) | |
| TERESA YOUNGBLUT, | ) | |
| Defendant. | ) | |

**Initial Scheduling ORDER**

Upon consideration of the parties' Joint Proposal for Initial Scheduling Order, and the matters discussed during the hearing on September 28, 2026, the court hereby imposes the following agreed-upon deadlines:

| | |
|---|---|
| **February 1, 2027** | Deadline for the government to complete its production of non-expert Rule 16 discovery. |
| **February 1, 2027** | Deadline for the defendant to file a motion for informative outline and any motions raising facial challenges to the constitutionality of the Federal Death Penalty Act. |
| **March 3, 2027** | Deadline for the government to file responses to defense motions filed on February 1, 2027. |
| **March 18, 2027** | Deadline for the defendant to file replies to any government responses to the defense motions filed on February 1, 2027. |

The court schedules a status hearing for February 22, 2027, at 1:30 p.m. In advance of that hearing, the parties shall confer and submit a joint proposal for further scheduling in this case. If the parties cannot agree, they shall file their respective proposals regarding scheduling no later than 2/8/27. If the parties reach an agreement and notify the court of such agreement that is acceptable to the court, the court may defer the scheduled status hearing to a later date.

Dated at Burlington, Vermont this 19th day of October, 2026.

Hon. Christina Reiss
United States District Court Chief Judge